David V. Cobb
inmate no# 64303-066
Case no# 09-733-02
L.S.C.I. Allenwood Low
P.O. Box 1000
White Deer Pa 17887
Unit: Brady A-42

To: Clerk Of The Court
If possible, It would be helpful and greatly appreciated if you can send me an updated copy of my Docket Sheet along with a copy of my 3582 motion I sent in.
Docket Sheet NO:# (ECF NO.# 310)
        Thank you
        Sincerely David V. Cobb

RECEIVED MAY 4 2020

INMATE NAME/NUMBER: David Cobb 64303-066
FEDERAL CORRECTION COMPLEX-ALLENWOOD Low Security Correctional
P.O. BOX 1000    Institution/Allenwood
WHITE DEER, PA 17887



◇64303-066◇
Clerk Of The Court
601 Market ST
Phila, PA 19106
United States

1910651729 C019