UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
   (RESPONDENT)

CRIMINAL ACTION NO: 09-733-02

V.

DAVID COBB
  (DEFENDANT/PETITIONER)

APR 12 2021

MOTION FOR REDUCTION OF SENTENCE
Pursuant to 18 USC § 3582(c)(1)(A)(I)
AND RECONSIDERATION OF 18 USC § 3553(A)
"SENTENCE DISPARITY - LESSER CULPABILITY -
AND MITIGATING CIRCUMSTANCES"

    NOW COMES DAVID COBB, pro se (hereinafter "Mr. Cobb" or "Petitioner"), in the above-captioned matter, and hereby humbly requests that this Honorable Court, grant this Petitioner a reduction in sentence in the Interest of Justice. As for reasons thereof, Mr. Cobb (Petitioner) states the following:

### 1. BACKGROUND

Petitioner is a federal inmate serving a sentence of 188 months under indictment for one count of conspiracy to distribute 500 grams or more of cocaine in violation of 21 USC §841(a)(1) and (b)(1)(B); one count of possession with

ntent to distribute 500 grams or more of COCAINE IN VIOLATION of 21 USC 841(a)(1) and (b)(1)(B); AND AIDING AND ABETTING IN VIOLATION OF 18 USC § 846.

The indictment was returned by a federal Grand Jury on April 29, 2010. Petitioner was arraigned and entered pleadings of not guilty through his attorney. Following a five-day trial, Petitioner was convicted of being a party to a conspiracy with Petitioner's brother, Jonathan Cobb. At sentencing, this Court fixed Petitioner's Guideline Sentence Range at 360 months to life. But the Government interrupted with a motion asking the Court to vary from the Guideline. Stating:

"In this particular conspiracy case I would say his brother (Jonathan Cobb) is more culpable than David Cobb."

The court accepted the government's motion and sentenced Petitioner to 288 months, 8 years supervised release, and a $1,500.00 fine.

Petitioner filed a direct appeal by counsel that was denied. Petitioner also filed a Habeas Corpus 2255 petition yet the motion was rejected as untimely by the court.

Ground 1. Sentence Disparity:
Under Extraordinary and Compelling Reason." Petitioner's length of sentence is extraordinary and substantial. According to the First Step Act procedures and guidelines: If petitioner was sentenced today, petitioner would not have received this lengthy sentence.

Ground 2. Sentence Disparity:
"For Lesser Culpability and Minor Role Participant" Petitioner states: During trial and at petitioner's

sentencing hearing, your Honorable Courts determined that Petitioner (David Cobb) was a minor role participant to his brother and co-defendant's much more proprietary role in coordinating the effects to produce profits, as to an owner. Courts explains on page 33 of Petitioner's sentencing transcripts. The Courts":
"Well, we'll take that into account, the fact that he is -- he is -- at least under the circumstance of the offense, and that will be my -- my thinking having heard the testimony at trial that Jonathan was more of the coordinating force and Mr. Cobb was a member of the conspiracy but at a lesser level of culpability."
Comparing" Petitioner David Cobb's role to that of Jonathan's role, it is clear, both by the sentencing court conclusions, and as the case is evidenced to the jury: Petitioner David Cobb was a minor role participant.
Some courts "assessed" a defendant against a hypothetical average participant. (writing that a defendant must demonstrate that he is both less culpable than most other participants in his crime and also less culpable than the majority of those within the universe of persons participating in similar crimes).

### Ground 3.
" Compelling reasons under 3553 factors"
Petitioner understands while rehabilitation alone cannot constitute an extraordinary and compelling reason, however it is" one of the factors that constitutes reasons for a reduction in sentence. Petitioner also makes it clear that Petitioner does not present a danger to the safety of any other person or to his community.
Petitioner had not been convicted of any crime of violence.

petitioner's conviction was for a crime involving low-level sales of narcotics, and my lengthy sentence was not based on any way of dangerousness of my criminal conduct or the need to incapacitate me. Instead my lengthy sentence was the result of a sentence enhancement that the Government invoked solely because petitioner proceeded to trial. Petitioner humbly request that your Honorable Court determines that petitioner is no longer a danger to his community, and by doing so, petitioner humbly request your Honorable court to asses the factors outlined in 18 USC §3553(a) that will direct courts to impose a punishment that is sufficient, but not greater than necessary, to achieve the goals of sentencing or resentencing.

Such factors include: (1) The nature and circumstances of the offense and the history and characteristics of the defendant.

"The Court" determined at petitioner's sentencing hearing the following reasonings behind its consideration in sentencing petitioner when stating in pertinent part:

"The Court":

"Now, Mr. Cobb is the product of a home enviroment and a society in which he was -- he did not have many oppurtunities, and, of course, that does not go by way of justification for anything that he has done, but it goes by way of explanation in understanding the characteristics of the defendant which stands before the Court."

Other factors include: (2) The need for the sentences imposed to:

(A) reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

Petitioner states: Petitioner has been incarcerated for approximately (12) twelve years with more than half of his sentence completed. Petitioner have no intent of any further illegal or criminal activity. Petitioner's family has been very supportive of petitioner while incarcerated, and has assured petitioner, he will succeed with family support.

(B) To afford adequate deterrence to criminal conduct: Petitioner states: Through approximately (12) twelve years of being incarcerated, petitioner has demonstrated (change). Although approximately (12) twelve years of being incarcerated with different personalities, special needs, and continual criminal activities from others, petitioner claims no institutional infractions and remains a model inmate.

(C) To protect the public from further crimes of the defendant: Petitioner states: Petitioner does not pose a threat of danger to his community nor society, petitioner has been rehabilitated through wants of change to live a normal and productive life outside of prison. Petitioner will be (50) fifty years old in a couple of months. Petitioner is at the age of least likely to reoffend and return to incarceration.

The sentencing commission has found that "age is generally a strong factor influencing the likelihood of committing a crime," with "older offenders .... substantially less likely than younger offenders to recidivate following release. U.S. Sentencing Commission The Effects of Aging on Recidivism Among Federal Offenders. Petitioner Cobb will be (50) fifty years old an is at a age when recidivism rates decline substantially.

D) To provide the defendant with needed educational or vocational training, medical care or other correctional treatment in the most effective manner:

Petitioner states: While incarcerated petitioner strived to better himmself through extensive awareness training, drug course treatments, vocational training, as well as computer training, while attaining his forklifter's license by OSHA. (Obtainable for future release).

Petitioner has work in the prison's UNICOR industry for (9) nine years earning over 14,000 hours of factory sevices and experience, with training in factory assembly, factory packing and shipping, while learning production in computer aided design (C.A.D.) Testing lab clerk, Banding machine operator, and Quality Assurance Inspector.

All that I have strived to learn will help me live a more productive and better life if given the oppurtunity...

Allenwood's UNICOR Prison Industries does have a record of my need to better myself in the field of Corporate Industries...
"See Exhibits"

## "In Conclusion"

Such achievements prove that Petitioner has worked extremely hard to engage in efforts to reform his mental foundations to transform his behavior over the time of his incarceration. As in Petitioner's brother's circumstance, petitioner is not a further danger to the public. After review by the Court, Petitioner states as a fact; when given the same latitude provided to Jonathan Cobb (co-defendant) petitioner qualifies for a reduction of sentence.

Petitioner fully understands that his brother (J. Cobb) and codefendant received (I.A.C.) Ineffective Assistance of

counsel. Petitioner fully understands (I.A.C.) Ineffective Assistance of counsel does not apply in my situation or litigation. However petitioner Humbly states that the 3553 factors did exist in resentencing of my brother (J. Cobb). Petitioner Humbly prays for the same.

Sincerely Petitioner

David Cobb

## AFFIDAVIT

I Hereby certify that the foregoing fact are true and correct to the best of my knowledge and belief under penalty of perjury as per 28 USC Section 1746

David Cobb
David Cobb, PRO SE

```
     ALFFW            *         INMATE EDUCATION DATA        *      03-31-2021
     PAGE 001         *              TRANSCRIPT              *      13:33:04

    REGISTER NO: 64303-066    NAME..: COBB                    FUNC: PRT
    FORMAT.....: TRANSCRIPT   RSP OF: ALF-ALLENWOOD LOW FCI

    ---------------------------  EDUCATION INFORMATION  ---------------------------
    FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
    ALF  ESL HAS    ENGLISH PROFICIENT            12-06-2010 0923 CURRENT
    ALF  GED HAS    COMPLETED GED OR HS DIPLOMA   12-06-2010 1634 CURRENT

    ---------------------------    EDUCATION COURSES   ---------------------------
    SUB-FACL    DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
    ALF         RHU ACE CLIMATE CHANGE COURSE 03-18-2021  CURRENT
    ALF         SHU ATHLETES AND EFFICIENT   11-28-2020  03-20-2021  P   C  P   20
    ALF         ASTHMA SHU                   11-14-2020  03-20-2021  P   C  P   20
    ALF         SHU ADVANCED NUTRITION & WM  10-03-2020  11-14-2020  P   C  P   20
    ALF         HEALTH CARE ENVIRONMENTAL HTH 10-17-2020 11-14-2020  P   C  P   20
    ALF         ASTHMA CLASS SHU             10-31-2020  11-14-2020  P   C  P   20
    ALF         SHU CHALLENGES IN LIVING WELL 09-19-2020 10-10-2020  P   C  P   20
    ALF         HEALTH PROMOTION             09-05-2020  10-10-2020  P   C  P   20
    ALF         SHU INFECTIOUS & CHRONIC DIS 08-22-2020  10-10-2020  P   C  P   20
    ALF         RHU ACE HISTORY MANIFEST DEST 09-10-2020 09-19-2020  P   C  P    3
    ALF         RHU ACE MIND STRENGTH        09-10-2020  09-19-2020  P   C  P    3
    ALF         RHU ACE INTRO TO OSHA        08-07-2020  09-08-2020  P   C  P    5
    ALF         RHU EMAIL BASICS             07-27-2020  08-06-2020  P   C  P    3
    ALF         RHU ASVAB CAREER EXPLORATION 07-27-2020  08-06-2020  P   C  P    3
    ALF         RHU ACE GUIDE TO ONLINE SAFETY 07-14-2020 08-06-2020 P   C  P    3
    ALF         RHU PASS THE US CITZNSHP TEST? 07-14-2020 08-06-2020 P   C  P    3
    ALF         RHU START A SMALL BUSINESS   07-14-2020  08-06-2020  P   C  P    3
    ALF         RHU HISPANIC AMERICANS       07-27-2020  08-06-2020  P   C  P    3
    ALF         RHU AFRICAN AMERICAN HISTORY 06-19-2020  06-24-2020  P   C  P    3
    ALF         RHU EXPLORING GEOMETRY       06-12-2020  06-16-2020  P   C  P    3
    ALF         RHU EXPLORE ALGEBRA          06-12-2020  06-16-2020  P   C  P    3
    ALF         RHU CHECKBOOK MATH           06-12-2020  06-16-2020  P   C  P    3
    ALF         RHU BASICS OF BORROWING      05-22-2020  05-29-2020  P   C  P    3
    ALF         RHU FACES OF AMERICAN REVOLUTN 05-22-2020 05-27-2020 P   C  P    3
    ALF         RHU WORLD WAR 1              05-22-2020  05-27-2020  P   C  P    3
    ALF         RHU WORLD WAR 2 ACE COURSE   05-22-2020  05-27-2020  P   C  P    3
    ALF         RHU OUR SOLAR SYSTEM         05-22-2020  05-27-2020  P   C  P    3
    ALF         RHU EARLY CIVILIZATIONS      05-22-2020  05-27-2020  P   C  P    3
    ALF         RHU EARLY NORTH AMERICA      05-22-2020  05-27-2020  P   C  P    3
    ALF         RHU EARTH SCIENCE ACE COURSE 05-22-2020  05-27-2020  P   C  P    3
    ALF         RHU FAMOUS MALE SPORTS STARS 05-22-2020  05-27-2020  P   C  P    3
    ALF         ACE FORKLIFT CERTIFICATION CLS 11-01-2018 12-21-2018 P   C  P   20
    ALF         ACE PLANET EARTH COURSE      04-27-2017  06-29-2017  P   C  P   20
    ALF         CROCHET                      04-11-2017  04-20-2017  P   C  P    6
    ALF         WELLNESS VIDEO CLASS         02-11-2015  04-01-2015  P   C  P    8
    ALF         PLYOMETRIC                   05-30-2013  07-25-2013  P   C  P    2
    ALF         BASKETBALL OFFICIALS TRAINING 11-14-2012 11-21-2012  P   C  P    4
    ALF         BEGINNERS SPINNING           09-12-2012  11-07-2012  P   C  P    4
    ALF         UNICOR INDUSTRIES TRAIN CLASS 06-04-2012 06-15-2012  P   C  P   21
    ALF         RPP(1)- AA / NA              03-07-2011  07-18-2011  P   C  P   15

    G0002         MORE PAGES TO FOLLOW . . .
```

```
 ALFFW          *         INMATE EDUCATION DATA      *    03-31-2021
PAGE 002 OF 002 *              TRANSCRIPT           *    13:33:04

REGISTER NO: 64303-066    NAME..: COBB              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ALF-ALLENWOOD LOW FCI

--------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
ALF        OSHA SAFETY CLASS        08-03-2011 08-03-2011  P   C  P   10
ALF        RPP(6)- BRICK WALLS      08-04-2011 08-18-2011  P   C  P    8
ALF        RPP(6)- (30)HOUR DRG PGM 06-09-2011 07-31-2011  P   C  P   13
ALF        NATIONAL GEOGRAPHIC 3    04-05-2011 06-07-2011  P   C  P   20
ALF        RPP(6)- BREAKING BARRIERS 05-17-2011 06-07-2011  P   C  P   16




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

*Federal Correctional Complex*
*LSCI Recreation Department*
*Allenwood, PA*

## CERTIFICATE OF COMPLETION

This certificate is awarded to

COBB, D.

for successfully completing

VIDEO WELLNESS

Consisting of 8 Hours of Training

Awarded
APRIL 1, 2015

D.J. Flick
Recreation Specialist

D. Kriebel, Assistant
Supervisor of Recreation





This Certificate is awarded by Federal Prison Industries for on-the-job training to DAVID COBB. He has gained a total 12,569 hours of training in Executive Office Furniture and Chair Manufacturing at the Allenwood UNICOR Factory. His areas of training and instruction included Computer Numerical Control Machine (CNC) Operator, including 5-Axis Router and Thermood Operation, Quality Assurance Inspector, Industrial and Lab Clerk for UNICOR Product Support Center and Licensed Forklift Operator.

Mr. Cobb also assists in the training of new hires and development of new product lines and processes for the completion of testing and creation of those products. All of this is done while he assists in making sure that the factory is in compliance with federal regulations for worker and environmental safety, including record keeping and local guideline creation for them.

July 23, 2019

_____
M. Sauder, Factory Foreman

# Training Certification

This is to certify that

*David Cobb*

has successfully completed the Quality Assurance Inspector Training Course at the LSCI Allenwood Dimension Mill. This training included 30 hours of classroom instruction in ISO 9000:2000 and Quality Management System requirements, Blueprint Reading, Item Standard Routing Comprehension, Job Packet Processing, Quality Inspection Standards, Quality Assurance Policies and Tool Usage as well as 96 hours of supervised on-the-job training in the above mentioned fields.

Certified July 17th 2012

C. Davis, Quality Manager

# CERTIFICATE OF COMPLETION

Awarded to

## DAVID COBB

For successfully completing

### Forklift Operations & Safety Training

*November 27 through December 21, 2018*

*Training was comprised of 15 hours of classroom instruction with a written examination and a driving familiarization session including a performance evaluation. All training was conducted in accordance with OSHA 29 CFR 1910.178 by a Lift, Inc. certified instructor.*

Evaluation Date: December 21, 2018

Evaluated by: R. George

Teacher, LSCI Allenwood, White Deer, PA

# Certificate of Achievement

This certifies that

**DAVID COBB**

**has satisfactorily completed**

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
GENERAL INDUSTRY SAFETY AND HEALTH
OUTREACH TRAINING PROGRAM

Consisting of __10__ Hours of Training

This certificate is hereby issued this __29__ day of __AUGUST__, 20__11__

| | |
|---|---|
| INTRODUCTION TO OSHA | MACHINE GUARDING |
| PERSONAL PROTECTIVE EQUIPMENT | ELECTRICAL AND LOCKOUT/TAGOUT |
| HAZARD COMMUNICATION | WALKING AND WORKING SURFACES |
| FLAMMABLE AND COMBUSTIBLE LIQUIDS | CONFINED SPACE PROCEDURES |
| MEANS OF EGRESS AND FIRE PROTECTION | |

__R. M. MUDGE__
OCCUPATIONAL SAFETY &
ENVIRONMENTAL HEALTH ADM.



## Certificate of Achievement
## Psychology Department

This certifies that

**David Cobb**

has

satisfactorily completed the

**Drug Education Course**

consisting of <u>15</u> hours of classroom

hereby issued the 26th of July, 2011

S.Eisner, Drug Treatment Specialist

*S. Eisner, DTS*

Date 7/26/2011

David Cobb - 64303-066
Low Security Correctional
Institution/Allenwood
PO Box ~~1000~~ 1000
White Deer, PA. 17887


CERTIFIED MAIL
7019 2280 0000 1599 1244



U.S.M.S.
X-RAY

64303-066
Clerk Of The Court
601 Market ST - RM 2609
Phila, PA 19106 - 1729
United States




U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
APR 08, 21
AMOUNT
$0.00
1000   19106   R2305K138972-03